McGREGOR W. SCOTT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE GARCIA-ZAMORA ,<br><br>Defendant. | Case No. 1:19-cr-00169-LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for December 2, 2019, at 1:00 p.m. be continued to **January 6, 2020, at 1:00 p.m.**

The government has recently extended an offer to the defendant, which has led to further plea negotiations and the need for a further exchange of information between the parties. The parties will need additional time to resolve the case or, alternatively, prepare for a trial. Defense is currently reviewing the large amounts of discovery produced, including a thumb drive with the contents of the defendant's cellular telephone and needs additional time to conduct its own investigation of the case.

///

///

///

Based on the foregoing, the parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: November 27, 2019     */s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff

DATED: November 27, 2019     */s/ Roger Bonakdar*
ROGER BONAKDAR
Attorney for Defendant

**O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for December 2, 2019, at 1:00 p.m. is hereby continued to **January 6, 2020, at 1:00 p.m.** The time period between December 2, 2019 and January 6, 2019, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), for the reasons provided in the parties' stipulation, as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __November 27, 2019__     _____/s/ Sheila K. Oberto_____
                                   UNITED STATES MAGISTRATE JUDGE