PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00169-JLT-SKO |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JOSE GARCIA-ZAMORA, | |
| Defendant. | |

Based upon the plea agreement entered into between the United States of America and defendant Jose Garcia-Zamora, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c) defendant Jose Garcia-Zamora's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. A Rock Island Armory R1911A1 .45 ACP pistol and its magazine;

   b. An additional 1911 magazine;

   c. Any ammunition seized in this case.

2. The above-listed property constitutes or is derived from proceeds obtained, directly or indirectly, as a result of a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and/or was used, or intended to be used, in any manner or part to commit or to facilitate the commission of a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and is a firearm and ammunition used in knowing commission of

18 U.S.C. § 924(c)(1)(A)(i).

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Forest Service, in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **April 11, 2022**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE