PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE GARCIA-ZAMORA,<br><br>Defendant. | CASE NO. 1:19-CR-00169-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE: June 24, 2022<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, Assistant United States Attorney Justin J. Gilio, counsel for plaintiff, and Roger

Bonakdar, counsel for defendant, that the Court may continue the sentencing hearing currently

scheduled for June 24, 2022, at 9:00 a.m. to July 15, 2022, at 9:00 a.m., or a date as soon

thereafter that is available for the court.

On April 1, 2022, Garcia-Zamora entered a guilty plea to Counts Two and Three of the

Indictment, and the Court scheduled sentencing for June 24, 2022. The parties respectfully

request that the Court continue the sentencing July 15, 2022. Although the probation officer has

interviewed the defendant, the probation officer needs additional time to review the discovery

and prepare the presentencing report. The government is in the process of providing the

voluminous discovery through a thumb drive, as previous attempts to upload the discovery to a

1   file-sharing program have failed.  Because Garcia-Zamora has already entered a guilty plea, no

2   exclusion of time is necessary under the Speedy Trial Act.

3

4                                               Respectfully submitted,

5
                                                PHILLIP A. TALBERT
6                                               United States Attorney

7   DATED: May 2, 2022            By:   /s/ Justin J. Gilio
                                               JUSTIN J. GILIO
8                                               Assistant United States Attorney
                                                Attorney for Plaintiff
9

10                                              HEATHER E. WILLIAMS
                                                Federal Defender
11

12  DATED: May 2, 2022            By:   /s/ Roger Bonakdar
                                               ROGER BONAKDAR
13                                              Attorney for Defendant
                                                JOSE GARCIA-ZAMORA
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order                    -2-
to Continue Sentencing

**O R D E R**

  IT IS SO ORDERED that the sentencing hearing in the above-entitled case shall be continued to July 15, 2022, at 9:00 a.m.


IT IS SO ORDERED.

 Dated:   **May 3, 2022**

                  _____
                  UNITED STATES DISTRICT JUDGE