PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00169-JLT-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JOSE GARCIA-ZAMORA, | |
| Defendant. | |

On April 11, 2022, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jose Garcia-Zamora in the following property:

    a. A Rock Island Armory R1911A1 .45 ACP pistol and its magazine;

    b. An additional 1911 magazine; and,

    c. Any ammunition seized in this case.

Beginning on April 15, 2022, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

///

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

    a. Ryan Alexzander Denison:  On August 1, 2022, a notice letter was sent via certified mail to Ryan Alexzander Denison at 1025 Rose Marie Ln E5, Stockton, CA 95207.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was returned to the U.S. Attorney's Office.  In addition, according to the U.S. Postal Service's tracking results at its official website, www.usps.com, the certified mail parcel was delivered as addressed on August 4, 2022, at 11:20 a.m.

The Court has been advised that Ryan Alexzander Denison has not filed a claim to the subject property and the time for him to file a claim has expired.

The Court has been further advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Jose Garcia-Zamora and Ryan Alexzander Denison.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Forest Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **September 12, 2022**

                                                 *Jennifer L. Thurston*
                                            UNITED STATES DISTRICT JUDGE